E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**25-C-09574-S3**
**9/22/2025 5:16 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| ALYSSA BARNES, individually as Plaintiff and as Next Friend of COOPER BARNES, a Minor, | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO: |
| v. | ) | 25-C-09574-S3 |
| LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP, LABORATORY CORPORATION OF AMERICA d/b/a LABCORP, PEACHTREE WOMEN'S SPECIALISTS, AND ATLANTA WOMEN'S HEALTHCARE SPECIALISTS, L.L.C. d/b/a PEACHTREE WOMEN'S SPECIALISTS, | ) | JURY DEMAND |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS TO COMPLAINT**

Defendant Laboratory Corporation of America Holdings ("Labcorp" or "Defendant"), by counsel, hereby answer Plaintiffs' Complaint and set forth its defenses. Labcorp denies all allegations set forth in the Complaint except to the extent such allegations are specifically admitted below. In response to the individually numbered paragraphs of the Complaint, Labcorp responds:

1. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

3. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint.

4. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

5. Labcorp admits Paragraph 5 of the Complaint.

6. Labcorp admits Paragraph 6 of the Complaint.

7. Labcorp admits Paragraph 7 of the Complaint.

8. Labcorp admits Paragraph 8 of the Complaint.

9. Labcorp admits that it is also referred to as "Labcorp." Labcorp denies the remaining allegations of Paragraph 9 of the Complaint.

10. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

14. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint.

15. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint.

16. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17. Labcorp admits that it received a specimen for Plaintiff on February 10, 2023.

18. Labcorp admits that it provided test results for Plaintiff to Peachtree Women's Specialists on February 14, 2023.

19. Labcorp admits that its ABO Grouping and Rh Factor test results reported Plaintiff's blood type as O Positive.

20. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint.

21. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint.

22. Labcorp denies the allegations contained within Paragraph 22 of the Complaint.

23. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint.

24. Labcorp denies the allegations contained within Paragraph 24 of the Complaint.

25. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint.

26. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint.

27. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint.

28. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint.

29. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint.

30. The allegations in Paragraph 30 of the Complaint are not directed at Labcorp and contain only legal conclusions to which no response is required. To the extent a response is required, Labcorp denies the allegations contained in Paragraph 30 of the Complaint.

31. The allegations in Paragraph 31 of the Complaint are not directed at Labcorp and contain only legal conclusions to which no response is required. To the extent a response is required, Labcorp denies the allegations contained in Paragraph 31 of the Complaint.

32. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint.

33. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint.

34. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint.

35. The allegations in Paragraph 35 of the Complaint contain only legal conclusions to which no response is required. To the extent a response is required, Labcorp denies the allegations contained in Paragraph 35 of the Complaint.

36. Labcorp denies the allegations contained in Paragraph 36 of the Complaint.

37. Labcorp denies the allegations contained in Paragraph 37 of the Complaint.

38. Labcorp denies the allegations contained in Paragraph 38 of the Complaint.

39. Labcorp denies the allegations contained in Paragraph 39 of the Complaint.

40. Labcorp denies the allegations contained in Paragraph 40 of the Complaint.

41. Labcorp denies the allegations contained in Paragraph 41 of the Complaint.

42. Labcorp denies the allegations contained in Paragraph 42 of the Complaint.

43. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint.

44. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint.

45. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint.

46. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint.

47. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint.

48. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint.

49. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint.

50. Labcorp currently is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint.

51. Labcorp admits that Exhibit A and Exhibit B were attached to the Complaint.

52. Labcorp denies the allegations contained in Paragraph 52 of the Complaint.

53. Labcorp denies the allegations contained in Paragraph 53 of the Complaint.

54. Labcorp denies the allegations contained in Paragraph 54 of the Complaint.

55. Labcorp denies the allegations contained in Paragraph 55 of the Complaint.

56. Labcorp denies the allegations contained in Paragraph 56 of the Complaint.

57. Labcorp denies the allegations contained in Paragraph 57 of the Complaint.

58. Labcorp denies the allegations contained in Paragraph 58 of the Complaint.

59. Labcorp denies the allegations contained in Paragraph 59 of the Complaint.

## PRAYER FOR RELIEF

Labcorp denies that Plaintiffs are entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

In further answer to the Complaint, and as its affirmative defenses, Labcorp states as follows:

### FIRST DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' claims may be barred by the statute of limitations and/or the doctrine of laches.

### THIRD DEFENSE

Plaintiffs' claims against Labcorp are barred or must be reduced to the extent Plaintiffs have or will recover any compensation from any source whatsoever apart from Labcorp.

### FOURTH DEFENSE

The services provided by Labcorp met or exceeded the applicable standard of care for its industry.

**FIFTH DEFENSE**

Labcorp is not liable to Plaintiffs because it breached no duties owed to them in regard to the occurrence giving rise to this Complaint.

**SIXTH DEFENSE**

Any conduct allegedly giving rise to liability on the part of Labcorp is not a substantial cause or factor of the subject incident, or any potential or actual injury or damage, if any.

**SEVENTH DEFENSE**

Plaintiffs' injuries, if any, were proximately caused by the acts or omissions of persons or entities other than Defendant or its agents, and thus, Plaintiffs may not recover against this Defendant.

**EIGHTH DEFENSE**

Plaintiffs' fault caused or contributed to the damages complained of thereby barring or reducing recovery pursuant to the Georgia Comparative Fault statute.

**NINTH DEFENSE**

Subject to discovery, Plaintiffs incurred or assumed the risk of loss for the injuries and damages asserted in the complaint.

**TENTH DEFENSE**

Subject to discovery, some or all of Plaintiffs' claims are barred because Plaintiff has failed to mitigate the damages.

**ELEVENTH DEFENSE**

Subject to discovery, Plaintiffs' claims may be barred or reduced by an as yet unidentified non-party.

**TWELFTH DEFENSE**

Labcorp is entitled to a set-off or reduction in any damages which may be awarded to the Plaintiffs for any amounts received from collateral sources.

**THIRTEENTH DEFENSE**

To the extent that Plaintiffs seek punitive damages for an alleged act or omission of Labcorp, no act or omission was malicious, willful, wanton, reckless or grossly negligent and, therefore, any award of punitive damages is barred.

**FOURTEENTH DEFENSE**

Labcorp has at all times acted in good faith with respect to Plaintiffs' claim, and has in no way been stubbornly litigious or caused Plaintiffs unnecessary trouble and expense. Therefore, Plaintiffs are not entitled to attorney's fees or costs.

Labcorp hereby provides notice that it intends to rely upon any other defenses that may become available or appear during the discovery proceedings in this case, and hereby reserves the right to amend its answer to assert any such defenses.

**FIFTEENTH DEFENSE**

Plaintiffs' Complaint against Defendant should be dismissed because venue as to Defendant is improper for the reason that the cause of action alleged in Plaintiffs' Complaint did not arise in this county.

**REQUEST FOR TRIAL BY JURY**

Defendant, Labcorp, by counsel, respectfully requests that this cause be tried by jury of twelve as to all issues properly triable by a jury.

This 22nd day of September, 2025.

**MARSH ATKINSON & BRANTLEY**

*/s/ Ashley C. Webber*
Ashley C. Webber
Georgia Bar No. 083593
Hallie R. Killorin
Georgia Bar No. 954303
Attorneys for ***Defendant Laboratory Corporation of America Holdings***

271 17th Street NW, Suite 1600
Atlanta, GA 30363
Firm (404) 282-5050
Fax (404) 282-3030
ashley.webber@mablawfirm.com
hallie.killorin@mablawfirm.com
tammy.lee@mablawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing ***ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS TO COMPLAINT*** with the Clerk of Court via Odyssey electronic filing, which will automatically send notification of such filing to the attorneys of record.

This 22nd day of September, 2025.

**MARSH ATKINSON & BRANTLEY**

*/s/ Ashley C. Webber*
C. Bradford Marsh
Georgia Bar No. 471280
Ashley C. Webber
Georgia Bar No. 083593
Hallie R. Killorin
Georgia Bar No. 954303
Attorneys for Laboratory Corporation of America Holdings

271 17th Street NW, Suite 1600
Atlanta, GA 30363
Firm (404) 282-5050
Fax (404) 282-3030
ashley.webber@mablawfirm.com
hallie.killorin@mablawfirm.com
tammy.lee@mablawfirm.com